# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132341-2

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

UNITED INDUSTRIAL ENGINEERING
CORPORATION,
      Plaintiff/Counter-Defendant/
      Third-Party Defendant-Appellant,

v

RONALD FLUTY and FLORENCE FLUTY,
      Defendants/Counter-Plaintiffs/
      Third-Party Plaintiffs-Appellees,

and

JAMIE D. GRIFFIN and FRANCES R. GRIFFIN,
      Counter-Defendants/Third-Party
      Defendants-Appellants.

_____/

SC: 132341-2
COA:  260034; 260035
Van Buren CC: 04-520850-AA

     On order of the Court, the application for leave to appeal the September 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

p0220